# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSE RIVAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:17-cv-00504-O-BP** |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE COMPANY** | § | |
| **and THERESA CYR,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Counsel for the Plaintiff has notified the Court that the parties have reached a settlement of their respective claims and defenses in this lawsuit. ECF No. 27. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office **within 60 days of the date of this Order**. If further proceedings become necessary or desirable, Plaintiff and Defendant should immediately file a joint status report with the Court. All deadlines with respect to Plaintiff's claims against Defendant are stayed until further order of the Court.

It is so **ORDERED** on December 19, 2017.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE